# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2020

161579 & (22)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

MARCIE GLOWACKI,
        Plaintiff-Appellee,

v

MARTIN GLOWACKI,
        Defendant-Appellant.

SC: 161579
COA: 350691
Oakland CC: 2017-856477-DO

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the July 1, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



b0721

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2020



Clerk